IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IRENEE WHITE, | ) | |
|               Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 1:19-CV-00948 CFC |
| FAIRVILLE MANAGEMENT COMPANY, LLC, | ) ) | |
| | ) | |
|               Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

| **LAW OFFICE KATE BUTLER** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
|---|---|
| */s/ Kate Butler* | */s/ Adria B. Martinelli* |
| Kate Butler, Esq. (No. 6017) <br> 1509 Gilpin Avenue <br> Wilmington, DE 19806 <br> Telephone: (302) 966-9994 <br> Email: kate@katebutlerlaw.com | Barry M. Willoughby, Esq. (No. 1016) <br> Adria B. Martinelli, Esq. (No. 4056) <br> Jennifer M. Kinkus, Esq. (No. 4289) <br> Lauren E.M. Russell, Esq. (No. 5366) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 571-6622 <br> Email: amartinelli@ycst.com; |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: September 28, 2020 | Dated: September 28, 2020 |

IT IS SO ORDERED, this _____ day of _____, 2020

_____
Judge

26978422.2